UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23259-RAR

**ROBERTO A. LARANCUENT**, *et al.*,

    Plaintiffs,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**,
*UR MENDOZA JADDOU, Director*, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Plaintiffs' Complaint for Mandamus, [ECF No. 1], filed on August 25, 2023. The Complaint was served on Defendants on August 29, 2023. [ECF No. 9]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall show cause why the requested relief should not be granted on or before **December 8, 2023**. In the event Defendants fail to show good cause, the Court may grant Plaintiffs' requested relief, provided the record supports such relief. If Defendants do show good cause, Plaintiffs may file a reply within seven (7) days thereafter. No other pleadings will be allowed.[1] This case shall remain **CLOSED for administrative purposes only** until Defendants file a response to this Order.

**DONE AND ORDERED** in Miami, Florida, this 15th day of November, 2023.

                                   **RODOLFO A. RUIZ II**
                                   **UNITED STATES DISTRICT JUDGE**

---

[1] Based on the Court's initial review of the Complaint, Defendants shall address the issue of jurisdiction in their response to the Court's Order to Show Cause. In similar cases, this Court has found that it did not have jurisdiction to adjudicate analogous claims. *See Mafundu v. Mayorkas*, No. 23-CV-60611-RAR, 2023 WL 5036142, at *5 (S.D. Fla. Aug. 8, 2023); *Echeverri v. United States Citizenship & Immigr. Servs.*, No. 23-CV-21711-RAR, 2023 WL 5350810, at *4 (S.D. Fla. Aug. 21, 2023).